UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CATHY SMITH,<br><br>        Plaintiff,<br><br>        v.<br><br>WELLS FARGO BANK, N.A., a foreign corporation, and KARRI ERICKSON, an individual,<br><br>        Defendants. | No. CV-05-358-FVS<br><br>ORDER OF DISMISSAL |

    The Court, being fully advised, now therefore,

    **IT IS HEREBY ORDERED** that the parties' Stipulated Joint Motion for Dismissal With Prejudice, **Ct. Rec. 28**, is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41(a), this action is **DISMISSED WITH PREJUDICE and without costs or attorney fees to any party**.

    **IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, furnish copies to counsel, and **CLOSE THE FILE.**

    **DATED** this <u>2nd</u> day of August, 2006.

                                        s/ Fred Van Sickle
                                            Fred Van Sickle
                                  United States District Judge

ORDER OF DISMISSAL - 1